IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NICK JAMES GONZALES,

      Petitioner,

v.                                                                              2:24-cv-00731-JCH-JMR

NEW MEXICO CORRECTIONAL
DEPARTMENT WARDEN and
ATTORNEY GENERAL STATE OF
NEW MEXICO,

      Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on May 5, 2026. Doc. 24. The Magistrate Judge recommend that the Court find that Mr. Gonzales's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (Doc. 1) is moot. The proposed findings notified the parties of their ability to file objections within fourteen days and that failure to do so waived appellate review. Respondents filed a Notice of Non-Objection to the Magistrate Judge's Proposed Findings and Recommended Disposition. Doc. 26. Petitioner did not file any objections, and the time for doing so has passed.

    **IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 24) are ADOPTED;

2.     Mr. Gonzales's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (Doc. 1) is hereby dismissed as moot; and

3.     A Rule 58 Final Judgment will be entered concurrently.

_____
SENIOR UNITED STATES DISTRICT JUDGE